# RATH YOUNG PIGNATELLI

**R. Terry Parker, Esquire**
Attorney at Law
rtp@rathlaw.com
**DD** (603) 410-4338

**SO ORDERED**

July 16, 2021

The initial conference is adjourned from
July 21, 2021 to September 8, 2021 at 9:30 a.m.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

JUL 19 2021

**VIA ECF**

Honorable George Daniels
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl St., Courtroom 11A
New York, New York 10007-1312

Re: **Duffy Archive Limited v. Guest of a Guest Inc.**
     **Docket No. 1:21-cv-01887 (GBD)**

Dear Judge Daniels:

We represent the plaintiff Duffy Archive Limited ("Plaintiff") in the above-referenced action against the defendant Guest of a Guest Inc. ("Defendant"). The parties' pretrial initial conference is currently scheduled for July 21, 2021, at 9:45 am. Due to a calendar docketing error on my part, counsel for Plaintiff has a motion hearing scheduled at 11:00 a.m. in another matter in the District of New Hampshire *(Primal Hardwere, LLC v. Primal Wear Inc.; 1:21-cv-00232-JL USDC NH)*. I write to ask for an adjournment of next week's initial pretrial conference to another date convenient for the court. I have spoken to potential counsel for Defendant who has no objection to this request but is unsure as to whether he will be engaged by Defendant or not.

I sincerely apologize for the oversight and short notice.

Respectfully submitted,

/s/ R. Terry Parker

cc: Guest of a Guest Inc.

**National Impact. Uniquely New Hampshire.**

Rath, Young and Pignatelli, P.C.
www.rathlaw.com

One Capital Plaza
Concord, NH 03302-1500
T (603) 226-2600
F (603) 226-2700

20 Trafalgar Square
Nashua, NH 03063
T (603) 889-9952
F (603) 595-7489

120 Water Street, 2nd Floor
Boston, MA 02109
T (617) 523-8080

26 State Street, Suite 9
Montpelier, VT 05602
T (802) 229-8050
F (802) 229-4666